UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ABDUL RAHIMI,

                            NO. CIV. S-05-2485 LKK/DAD

    Plaintiff,

  v.                                O R D E R

CHEVRON U.S.A., INC., et al.,

    Defendants.
                             /

    The court is in receipt of a joint request for a continuance of the Status Conference. Good cause being shown, the Status Conference currently set for February 6, 2006 is hereby CONTINUED to April 3, 2006 at 3:00 p.m. in Chambers.

    IT IS SO ORDERED.

    DATED: January 31, 2006

                                      /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT