PILLSBURY WINTHROP LLP
ROBERT C. PHELPS  106666
robert.phelps@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant,
CHEVRON U.S.A. INC.

LAGARIAS & BOULTER LLP
ROBERT S. BOULTER  153549
rsb@tlsgroup.com
1629 Fifth Avenue
San Rafael, CA 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff,
ABDUL RAHIMI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL RAHIMI,<br><br>                          Plaintiff,<br><br>          vs.<br><br>CHEVRON U.S.A. INC.,<br><br>                          Defendant. | Case No. 2:05 CV-02485 LKK DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: (1) DISMISSAL OF ACTION AND (2) RETENTION OF SETTLEMENT JURISDICTION** |

WHEREAS Abdul Rahimi ("Rahimi") is the plaintiff in the above-captioned lawsuit; and

WHEREAS Chevron U.S.A. Inc. ("Chevron") is the defendant in the above-captioned lawsuit; and

WHEREAS Rahimi and Chevron have entered into a Settlement Agreement, effective March 9, 2006, in relation to the above-captioned lawsuit (the "Settlement Agreement"); and

WHEREAS pursuant to the Settlement Agreement, Rahimi and Chevron agreed to the retention of exclusive jurisdiction by United States Magistrate Judge Dale A. Drozd over all disputes between the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement;

WHEREAS Rahimi and Chevron have agreed to dismiss their respective claims in the above-captioned lawsuit by way of a Stipulation and [Proposed] Order Re Dismissal filed with the Court, as set forth in the Settlement Agreement and as permitted by Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the foregoing retention of settlement jurisdiction by United States Magistrate Judge Dale A. Drozd;

NOW THEREFORE Rahimi and Chevron, by and through their respective counsel, hereby stipulate to the dismissal with prejudice, but subject to the retention of settlement jurisdiction by United States Magistrate Judge Dale A. Drozd of Rahimi's Complaint, each side to bear its own costs of suit including attorneys' fees.

Dated:  March ___, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT C. PHELPS
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880


By /signature on original
    Robert C. Phelps

Attorneys for Defendant,
CHEVRON U.S.A. INC.

Dated:  March ___, 2006

> LAGARIAS & BOULTER, LLP
> ROBERT S. BOULTER
> 1629 Fifth Avenue
> San Rafael, CA 94901-1828
> Telephone: (415) 460-0100
>
>
> By /signature on original
>     Robert Boulter
>
> Attorneys for Plaintiff,
> ABDUL RAHIMI

## ORDER

IT IS HEREBY ORDERED, upon stipulation of the parties hereto, that the above-captioned matter be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), subject to the parties' agreement.

IT IS FURTHER ORDERED, in accordance with the Settlement Agreement in this matter, that United States Magistrate Judge Dale A. Drozd shall retain exclusive jurisdiction over all disputes between the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

Dated:  March 30, 2006.

> /s/Lawrence K. Karlton
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT